IN RE: RULE 5.5, RULES of CRIMINAL PROCEDURE

Supreme Court of Arkansas
Delivered June 24, 1999

P ER CURIAM. Our Committee on Criminal Practice has recommended in light of the United States Supreme Court's decision in *Knowles v. Iowa* (December 8, 1998) that Rule 5.5 of the Rules of Criminal Procedure be repealed. We agree. Accordingly, effective immediately, Rule 5.5 is repealed.

RULE 5.5. Lawful Searches.

The issuance of a citation in lieu of arrest or continued custody does not affect the authority of a law enforcement officer to conduct an otherwise lawful search or any other investigative procedure incident to an arrest.